**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASH PATEL,<br><br>                              Petitioner,<br><br>        v.<br><br>JOHN ARCHAMBEAULT, *et al.*,<br><br>                              Respondents. | Case No. 26-cv-00939-BAS-SBC<br><br>**ORDER GRANTING MOTION TO WITHDRAW (ECF No. 5)** |

    Petitioner Yash Patel filed a Motion to Withdraw his Petition.  (ECF No. 5.)  The Court **GRANTS** the request.  The Clerk of Court shall close the case without entering a judgment.

    **IT IS SO ORDERED.**


**DATED: March 3, 2026**

                                    _____

                                    **Hon. Cynthia Bashant, Chief Judge**
                                    **United States District Court**

- 1 -

26cv0939